IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RICKEY LEE MATHANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  08-CV-3114 |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

*Pro se* Plaintiff Rickey Lee Mathany's Complaint (d/e 4) appealing a final decision of the Social Security Administration regarding his application for Disability Insurance Benefits and Supplemental Security Income was filed in this matter on July 8, 2008.  Pursuant to Sentence Six of 42 U.S.C. 405(g), this case was remanded by U.S. District Judge Jeanne Scott on September 8, 2008 as the administrative hearing was not properly recorded.  This matter was reinstated by Judge Scott on July 14, 2009 as the transcript had been prepared.  On July 21, 2009, Defendant filed an Answer (d/e 14), along with a certified copy of the administrative hearing transcript.  Local Rule 8.1(D) requires the Plaintiff, within 30 days after the

filing of Defendant's Answer, to file a Motion for Summary Judgment. Plaintiff failed to timely file the required motion, and by Text Order of September 8, 2009, U.S. Magistrate Judge Byron Cudmore directed the Plaintiff to file his Motion for Summary Judgment on or before October 2, 2009.  *Pro se* Plaintiff was advised that if no motion were filed, the case would be subject to dismissal for want of prosecution.

As of this date, Plaintiff has failed to comply with Local Rule 8.1(D). The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

ENTER:   October 13, 2009

*s/ Byron G. Cudmore*
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE